# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America,<br>*Plaintiff*<br>v.<br><br>Savannah River Nuclear Solutions LLC and Fluor Federal Services Inc.,<br>*Defendants* | Civil Action No.    1:16-000825-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the Plaintiff shall take nothing of the Defendants as to Government's claims for unjust enrichment against FFS (Count V) and for payment by mistake against SRNS and FFS (Count VI) and these claims are dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted in part the defendants' motion to dismissed as to Count V and Count VI of the Complaint.

Date:   June 24, 2021                                                        *CLERK OF COURT*

                                                                                                        s/Angie Snipes

                                                                                           *Signature of Clerk or Deputy Clerk*